Ray Desamour

645 Amador Lane Unit 4

West Palm Beach, FL 33401

1/22/2024



FILED BY **MEG** D.C.

JAN 2 2 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Santander Consumer USA, Inc. d/b/a Chrysler Capital (N.D. Tex.)

Attn: Customer Relations 1601 Elm St., Suite 800 Dallas, TX 75201

Subject: Adverse Action Notice Pursuant to the Fair Credit Reporting Act

Dear Santander Consumer USA, Inc. d/b/a Chrysler Capital (N.D. Tex.),

I am writing to express my serious concerns regarding recent adverse actions I have experienced while applying for credit with various institutions. This letter serves as an Adverse Action Notice as required under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681.

**BACKGROUND:** I recently applied for credit with multiple institutions and, regrettably, my applications were denied based on information contained in my consumer report. Upon a thorough examination of my consumer report, it has come to my attention that inaccurate information has been reported, specifically regarding late payments.

**SPECIFIC VIOLATIONS:** I believe that Santander Consumer USA, Inc. d/b/a Chrysler Capital (N.D. Tex.)'s reporting of late payments is in violation of federal laws, including but not limited to, 15 U.S. Code § 1666B, 15 U.S. Code § 1666d, 15 U.S.C. § 1681(A)(3), and (A)(4). These violations have resulted in substantial harm, both financially and emotionally, as they have impacted my ability to secure credit from other institutions.

**REQUEST FOR CORRECTIVE ACTION:** I am not seeking the deletion of the account in question. Instead, I am requesting that Santander Consumer USA, Inc. d/b/a Chrysler Capital (N.D. Tex.) takes immediate corrective action by removing all inaccurately reported late payments and updating the account status to "Paid In Full."

**CLAIMS FOR RELIEF:**

1. Violation of 15 U.S. Code § 1666B: Inaccurate reporting of late payments.

2. Violation of 15 U.S. Code § 1666d: Erroneous creation of a credit balance.

3. Violation of 15 U.S.C. § 1681(A)(3): Inaccurate information reported to credit bureaus.

4. Violation of 15 U.S.C. § 1681(A)(4): Failure to conduct a reasonable investigation upon receiving notice of the dispute.

**REQUESTED RELIEF:** I am seeking the following relief:

1. A declaratory judgment affirming Santander Consumer USA, Inc. d/b/a Chrysler Capital (N.D. Tex.)'s violations of federal laws.

2. Injunctive relief mandating the immediate correction of my consumer report.

3. Compensatory damages in the amount of $4000, covering financial losses, emotional distress, and court costs.

**REQUESTED ACCOUNT UPDATE:** I specifically request that, in lieu of deletion, my consumer report is updated to remove all inaccurately reported late payments and reflect the account status as "Paid In Full."

**JURY DEMAND:** I reserve the right to demand a trial by jury on all issues so triable.

**PRAYER FOR RELIEF:** I implore Santander Consumer USA, Inc. d/b/a Chrysler Capital (N.D. Tex.) to rectify the injustices perpetuated by promptly addressing the violations outlined above. Failure to do so may result in further legal action.

Please provide a written response within 30 days of receiving this letter, as required by the FCRA. I appreciate your prompt attention to this matter and look forward to a swift resolution.

Sincerely,

Ray Desamour