**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-80077-ROSENBERG**

RAY DESAMOUR,

     Plaintiff,

v.

SANTANDER CONSUMER USA,
d/b/a CHRYSLER CAPITAL (N.D.
TEX.),

     Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on the Joint Stipulation of Dismissal with Prejudice at docket entry 13.  In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.     The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.     All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 4th day of March, 2024.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record